September 30, 1971

Bright *v.* Sterner et ux., Appellants.

Argued June 18, 1971. *W. J. Krencewicz*, for appellants; *Stanley J. Burke*, with him *Burke and Burke*, for appellees.

Order affirmed.

Central Penn National Bank of Philadelphia *v.* Zweig (et al., Appellants).

Argued June 15, 1971. *Harold S. Patton*, with him *Neal & Patton*, for appellants; *Richard M. Shusterman*, with him *White and Williams*, for appellee.

Order affirmed.